IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GREGORY K. LEE, AIS # 184070, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO. 10-00368-CB-N |
| CAPT. HENDRICK, *et al.*, | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE this 14th day of October, 2010.

s/*Charles R. Butler, Jr*
**Senior United States District Judge**